```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 09079
   LEO D HARMON
   NANCY A KUNTU HARMON                        CHAPTER 13

                                               JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-6894    SSN XXX-XX-7483


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/18/2007 and was confirmed 08/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

     The case was dismissed after confirmation 01/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
WELLS FARGO BANK         NOTICE ONLY     NOT FILED        .00           .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG        .00         .00           .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE        .00         .00           .00
ILLINOIS DEPT OF REV     PRIORITY        NOT FILED        .00           .00
AFNI INC                 NOTICE ONLY     NOT FILED        .00           .00
ASSET ACCEPTANCE LLC     NOTICE ONLY     NOT FILED        .00           .00
ASSET ACCEPTANCE LLC     NOTICE ONLY     NOT FILED        .00           .00
AT&T LAW DEPARTMENT      UNSECURED       NOT FILED        .00           .00
CAPITAL ONE              UNSECURED         1399.28        .00           .00
CAPITAL ONE              UNSECURED         1326.52        .00           .00
AT & T WIRELESS          UNSECURED       NOT FILED        .00           .00
CITY OF CHICAGO PARKING  UNSECURED         2720.00        .00           .00
COLLECTION COMPANY OF AM NOTICE ONLY     NOT FILED        .00           .00
CREDIT PROTECTION ASSOCI NOTICE ONLY     NOT FILED        .00           .00
CRED PROTECTION ASSOCIAT NOTICE ONLY     NOT FILED        .00           .00
CROSS COUNTRY BANK       UNSECURED       NOT FILED        .00           .00
ROUNDUP FUNDING LLC      UNSECURED          918.83        .00           .00
HELLER & FRISONE         NOTICE ONLY     NOT FILED        .00           .00
HARVARD COLLECTION SERVI NOTICE ONLY     NOT FILED        .00           .00
ILLINOIS TITLE LOANS     UNSECURED       NOT FILED        .00           .00
JOLAS & ASSOCIATES LLP   NOTICE ONLY     NOT FILED        .00           .00
MTI                      UNSECURED          147.30        .00           .00
MUNICIPAL COLLECTION SER NOTICE ONLY     NOT FILED        .00           .00
NICOR GAS                UNSECURED         3215.13        .00           .00
PLEASANT DENTAL LLC      UNSECURED       NOT FILED        .00           .00
PROFESSIONAL CREDIT SERV NOTICE ONLY     NOT FILED        .00           .00
ASSET ACCEPTANCE LLC     UNSECURED         1249.68        .00           .00
VILLAGE OF SOUTH HOLLAND UNSECURED       NOT FILED        .00           .00
SPRINT-NEXTEL CORP       UNSECURED         2327.63        .00           .00
TCF BANK                 UNSECURED       NOT FILED        .00           .00
VILLAGE OF SOUTH HOLLAND UNSECURED       NOT FILED        .00           .00
Z TEL COMMUNICATIONS     UNSECURED          271.50        .00           .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 09079 LEO D HARMON & NANCY A KUNTU HARMON
```

```
Z TEL                      UNSECURED      NOT FILED              .00             .00
ASSET ACCEPTANCE LLC       UNSECURED         371.08              .00             .00
MUNICIPAL COLLECTION SER   UNSECURED          75.00              .00             .00
PROFESSIONAL ACCOUNT MGM   NOTICE ONLY    NOT FILED              .00             .00
RMI/MCSI                   UNSECURED         125.00              .00             .00
CODILIS & ASSOCIATES ^     NOTICE ONLY    NOT FILED              .00             .00
ALLISON SINGER             NOTICE ONLY    NOT FILED              .00             .00
SIA MOODY                  SECURED NOT I       .00               .00             .00
WELLS FARGO BANK           CURRENT MORTG       .00               .00             .00
WELLS FARGO BANK           MORTGAGE ARRE       .00               .00             .00
ROUNDUP FUNDING LLC        UNSECURED        1145.77              .00             .00
ROUNDUP FUNDING LLC        UNSECURED         862.65              .00             .00
LEGAL HELPERS PC           DEBTOR ATTY    2,300.00                          1,282.95
TOM VAUGHN                 TRUSTEE                                              92.05
DEBTOR REFUND              REFUND                                                 .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,375.00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                      1,282.95
TRUSTEE COMPENSATION                                    92.05
DEBTOR REFUND                                            .00
                         ---------------        ---------------
TOTALS                   1,375.00                   1,375.00

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 04/23/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 07 B 09079 LEO D HARMON & NANCY A KUNTU HARMON